| 42 | 593 |
| 107 | 99 |

## JOHN K. VLIET v. CONRAD WESTENHAVER.

*Justice's Court—Jurisdiction—Notice to defendant.*

A justice acquires jurisdiction when proper service is made or defendant appears.   But the fact of actual notice without any appearance will not give it, and is no reason for refusing or dismissing a writ of certiorari to bring up the proceedings.

CERTIORARI to George B. Willoughby, justice of the peace.   Submitted and decided January 23.

*S. J. Scott* for plaintiff in certiorari.

MARSTON, C. J.    It is conceded in this case that the justice acquired no jurisdiction over the defendant, because of a want of proper service, there being no appearance. It is claimed however that the defendant had actual knowledge of the pendency of the suit, and because thereof the writ in this cause ought not to have been

allowed, and if allowed yet ought to be dismissed, as the defendant had another remedy, and a motion to dismiss is made upon these grounds.

The justice can acquire jurisdiction either where proper service has been made or where the defendant appears. Actual notice where there is no appearance will not give the court jurisdiction, and cannot even be considered as a reason for refusing or dismissing the writ of certiorari.

The judgment of the justice must be reversed without costs. *Adams v. Abram,* 38 Mich., 302, 304.

**The other Justices concurred.**